**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6316**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL PAUL PUZEY, a/k/a Big Pete,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:00-cr-00057-GMG-RWT-16; 3:00-cr-00064-GMG-2)

Submitted: July 20, 2017                                Decided: July 25, 2017

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Paul Puzey, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Paul Puzey appeals the district court's order denying his motion to alter or amend judgment, Fed. R. Civ. P. 59(e), in which he sought reconsideration of the court's prior order denying relief on Puzey's Fed. R Civ. P. 60(d) (3) motion challenging his underlying conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Puzey*, Nos. 3:00-cr-00057-GMG-RWT-16; 3:00-cr-00064-GMG-2 (N.D.W. Va. Feb. 21, 2017). We deny Puzey's motions for appointment of counsel and for bail or release pending appeal; we grant Puzey's motion to file a reply to the Government's objection to his motion for release. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*